PAUL R.M. CULLEN, ESQ.
Nevada Bar No. 12355
STEVEN M. BAKER, ESQ.
Nevada Bar No. 4522
**BERTOLDO BAKER CARTER SMITH & CULLEN**
7408 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 228-2600
Facsimile: (702) 228-2333
paul@nvlegaljustice.com
*Attorneys for Plaintiff*
*DIANE KRAUSE-HALE*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DIANE KRAUSE-HALE, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CSAA GENERAL INSURANCE COMPANY, a foreign business entity; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>　　　　　Defendants. | **CASE NO. 2:22-CV-00184-JCM-DJA**<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br>**(First Request)** |

　　　Plaintiff DIANE KRAUSE-HALE, by and through her attorneys of record, the law firm of BERTOLDO BAKER CARTER SMITH & CULLEN, and Defendant CSAA GENERAL INSURANCE COMPANY, by and through their attorneys of record, the law firm of HALL JAFFE & CLAYTON hereby stipulate and agree as follows:

On May 17, 2022, Defendant filed a Motion for Summary Judgment (Document 12). The present deadline to file an Opposition to the Motion is June 7, 2022. Recently, lead counsel for Plaintiff, Steven M. Baker, Esq., unexpectedly had to retire from the practice of law for medical reasons. Paul R.M Cullen, Esq. has taken over handling this matter. On May 27, 2022, Mr. Cullen and Defendant's counsel Riley Clayton, Esq. discussed the instant Motion. Mr. Cullen requested additional time to review the file and prepare a proper response. Mr. Clayton is presently preparing for trial which begins on June 1, 2022, and agreed to the extension. Good cause exists for the extension to respond to a case concluding Motion in light of Mr. Baker's recent departure.

IT IS HEREBY STIPULATED AND AGREED that the time within which to file Plaintiff's Opposition to Defendant's Motion for Summary Judgment (Document 12), is extended to June 30, 2022.

DATED this 31st day of May, 2022

**BERTOLDO BAKER CARTER SMITH & CULLEN**

By: */s/ Paul R.M. Cullen, Esq.*
    PAUL R.M. CULLEN, ESQ
    Nevada Bar No. 12355
    STEVEN M. BAKER, ESQ.
    Nevada Bar No. 4522
    7408 W. Sahara Avenue
    Las Vegas, Nevada 89117
    paul@nvlegaljustice.com
    *Attorneys for Plaintiff*
    *DIANE KRAUSE-HALE*

**HALL JAFFE & CLAYTON**

By: */s/ Riley A. Clayton, Esq.*
    RILEY A. CLAYTON, ESQ.
    Nevada Bar No. 5260
    STEPHEN D. STEELE, ESQ.
    Nevada Bar No. 13965
    7425 Peak Drive
    Las Vegas, NV 89128
    rclayton@lawhjc.com
    *Attorneys for Defendant*
    *CSAA GENERAL INSURANCE COMPANY*

**ORDER**

IT IS HEREBY ORDERED that the time to file an Opposition to Defendant's Motion for Summary Judgment (Document 12) is hereby extended to June 30, 2022.

DATED : June 1, 2022

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted

**BERTOLDO BAKER CARTER SMITH & CULLEN**

*/s/ Paul R.M. Cullen, Esq.*
PAUL R.M. CULLEN, ESQ.
Nevada Bar No. 12355
STEVEN M. BAKER, ESQ.
Nevada Bar No. 4522
7408 W. Sahara Avenue
Las Vegas, NV 89117
Paul @nvlegaljustice.com